# EXHIBIT A

# Longview Independent School District
## 2008-2009 Enrollment
### By Campus, Grade, and Ethnicity

| School | Total | American Indian # | American Indian % | Asian # | Asian % | African American # | African American % | Hispanic # | Hispanic % | White # | White % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Longview High** | | | | | | | | | | | |
| 09 | 591 | 3 | 0.5% | 5 | 0.8% | 272 | 46.0% | 170 | 28.8% | 141 | 23.9% |
| 10 | 600 | 2 | 0.3% | 7 | 1.2% | 297 | 49.5% | 143 | 23.8% | 151 | 25.2% |
| 11 | 487 | 2 | 0.4% | 4 | 0.8% | 265 | 54.4% | 85 | 17.5% | 131 | 26.9% |
| 12 | 394 | 1 | 0.3% | 1 | 0.3% | 201 | 51.0% | 81 | 20.6% | 110 | 27.9% |
| Total | 2072 | 8 | 0.4% | 17 | 0.8% | 1035 | 50.0% | 479 | 23.1% | 533 | 25.7% |
| **Forest Park Middle** | | | | | | | | | | | |
| 06 | 173 | 1 | 0.6% | 1 | 0.6% | 102 | 59.0% | 53 | 30.6% | 16 | 9.2% |
| 07 | 141 | 0 | 0.0% | 0 | 0.0% | 82 | 58.2% | 45 | 31.9% | 14 | 9.9% |
| 08 | 180 | 1 | 0.6% | 0 | 0.0% | 107 | 59.4% | 50 | 27.8% | 22 | 12.2% |
| Total | 494 | 2 | 0.4% | 1 | 0.2% | 291 | 58.9% | 148 | 30.0% | 52 | 10.5% |
| **Foster Middle** | | | | | | | | | | | |
| 06 | 260 | 3 | 1.2% | 1 | 0.4% | 106 | 40.8% | 104 | 40.0% | 46 | 17.7% |
| 07 | 246 | 1 | 0.4% | 1 | 0.4% | 117 | 47.6% | 80 | 32.5% | 47 | 19.1% |
| 08 | 260 | 1 | 0.4% | 2 | 0.8% | 113 | 43.5% | 112 | 43.1% | 32 | 12.3% |
| Total | 766 | 5 | 0.7% | 4 | 0.5% | 336 | 43.9% | 296 | 38.6% | 125 | 16.3% |
| **Judson Middle** | | | | | | | | | | | |
| 06 | 144 | 0 | 0.0% | 2 | 1.4% | 70 | 48.6% | 10 | 6.9% | 62 | 43.1% |
| 07 | 158 | 1 | 0.6% | 2 | 1.3% | 66 | 41.8% | 18 | 11.4% | 71 | 44.9% |
| 08 | 154 | 3 | 1.9% | 2 | 1.3% | 58 | 37.7% | 15 | 9.7% | 76 | 49.4% |
| Total | 456 | 4 | 0.9% | 6 | 1.3% | 194 | 42.5% | 43 | 9.4% | 209 | 45.8% |

# Longview Independent School District
## 2008-2009 Enrollment
### By Campus, Grade, and Ethnicity

| School | Total | American Indian # | American Indian % | Asian # | Asian % | African American # | African American % | Hispanic # | Hispanic % | White # | White % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bramlette** | | | | | | | | | | | |
| PK | 40 | 0 | 0.0% | 1 | 2.5% | 14 | 35.0% | 14 | 35.0% | 11 | 27.5% |
| K | 65 | 1 | 1.5% | 2 | 3.1% | 41 | 63.1% | 8 | 12.3% | 13 | 20.0% |
| 01 | 88 | 0 | 0.0% | 3 | 3.4% | 56 | 63.6% | 16 | 18.2% | 13 | 14.8% |
| 02 | 69 | 1 | 1.4% | 1 | 1.4% | 49 | 71.0% | 12 | 17.4% | 6 | 8.7% |
| 03 | 70 | 0 | 0.0% | 0 | 0.0% | 54 | 77.1% | 7 | 10.0% | 9 | 12.9% |
| 04 | 76 | 0 | 0.0% | 0 | 0.0% | 56 | 73.7% | 6 | 7.9% | 14 | 18.4% |
| 05 | 67 | 0 | 0.0% | 0 | 0.0% | 59 | 88.1% | 2 | 3.0% | 6 | 9.0% |
| Total | 475 | 2 | 0.4% | 7 | 1.5% | 329 | 69.3% | 65 | 13.7% | 72 | 15.2% |
| **JL Everhart** | | | | | | | | | | | |
| 01 | 116 | 0 | 0.0% | 0 | 0.0% | 70 | 60.3% | 39 | 33.6% | 7 | 6.0% |
| 02 | 160 | 0 | 0.0% | 0 | 0.0% | 93 | 58.1% | 58 | 36.3% | 9 | 5.6% |
| 03 | 177 | 0 | 0.0% | 0 | 0.0% | 86 | 48.6% | 78 | 44.1% | 13 | 7.3% |
| Total | 453 | 0 | 0.0% | 0 | 0.0% | 249 | 55.0% | 175 | 38.6% | 29 | 6.4% |
| **Mozelle Johnston** | | | | | | | | | | | |
| 03 | 120 | 1 | 0.8% | 1 | 0.8% | 50 | 41.7% | 12 | 10.0% | 56 | 46.7% |
| 04 | 109 | 0 | 0.0% | 3 | 2.8% | 44 | 40.4% | 9 | 8.3% | 53 | 48.6% |
| 05 | 112 | 0 | 0.0% | 3 | 2.7% | 38 | 33.9% | 15 | 13.4% | 56 | 50.0% |
| Total | 341 | 1 | 0.3% | 7 | 2.1% | 132 | 38.7% | 36 | 10.6% | 165 | 48.4% |
| **Jodie McClure** | | | | | | | | | | | |
| 04 | 147 | 0 | 0.0% | 0 | 0.0% | 73 | 49.7% | 62 | 42.2% | 12 | 8.2% |
| 05 | 143 | 0 | 0.0% | 0 | 0.0% | 74 | 51.7% | 64 | 44.8% | 5 | 3.5% |
| Total | 290 | 0 | 0.0% | 0 | 0.0% | 147 | 50.7% | 126 | 43.4% | 17 | 5.9% |
| **McQueen** | | | | | | | | | | | |
| EC | 11 | 0 | 0.0% | 0 | 0.0% | 4 | 36.4% | 2 | 18.2% | 5 | 45.5% |
| K | 161 | 3 | 1.9% | 1 | 0.6% | 42 | 26.1% | 14 | 8.7% | 101 | 62.7% |
| 01 | 157 | 1 | 0.6% | 2 | 1.3% | 55 | 35.0% | 14 | 8.9% | 85 | 54.1% |
| 02 | 150 | 2 | 1.3% | 2 | 1.3% | 55 | 36.7% | 16 | 10.7% | 75 | 50.0% |
| Total | 479 | 6 | 1.3% | 5 | 1.0% | 156 | 32.6% | 46 | 9.6% | 266 | 55.5% |

# Longview Independent School District
## 2008-2009 Enrollment
### By Campus, Grade, and Ethnicity

| School | Total | American Indian # | American Indian % | Asian # | Asian % | African American # | African American % | Hispanic # | Hispanic % | White # | White % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **South Ward** | | | | | | | | | | | |
| EC | 9 | 1 | 11.1% | 0 | 0.0% | 5 | 55.6% | 2 | 22.2% | 1 | 11.1% |
| PK | 40 | 0 | 0.0% | 0 | 0.0% | 19 | 47.5% | 21 | 52.5% | 0 | 0.0% |
| K | 82 | 0 | 0.0% | 0 | 0.0% | 31 | 37.8% | 48 | 58.5% | 3 | 3.7% |
| 01 | 92 | 2 | 2.2% | 0 | 0.0% | 27 | 29.3% | 60 | 65.2% | 3 | 3.3% |
| 02 | 84 | 0 | 0.0% | 0 | 0.0% | 27 | 32.1% | 54 | 64.3% | 3 | 3.6% |
| 03 | 88 | 0 | 0.0% | 0 | 0.0% | 35 | 39.8% | 52 | 59.1% | 1 | 1.1% |
| 04 | 73 | 0 | 0.0% | 0 | 0.0% | 31 | 42.5% | 40 | 54.8% | 2 | 2.7% |
| 05 | 71 | 0 | 0.0% | 0 | 0.0% | 24 | 33.8% | 43 | 60.6% | 4 | 5.6% |
| Total | 539 | 3 | 0.6% | 0 | 0.0% | 199 | 36.9% | 320 | 59.4% | 17 | 3.2% |
| **Valley View** | | | | | | | | | | | |
| PK | 40 | 0 | 0.0% | 1 | 2.5% | 8 | 20.0% | 28 | 70.0% | 3 | 7.5% |
| K | 86 | 0 | 0.0% | 1 | 1.2% | 17 | 19.8% | 60 | 69.8% | 8 | 9.3% |
| 01 | 90 | 0 | 0.0% | 1 | 1.1% | 21 | 23.3% | 59 | 65.6% | 9 | 10.0% |
| 02 | 87 | 0 | 0.0% | 0 | 0.0% | 28 | 32.2% | 56 | 64.4% | 3 | 3.4% |
| 03 | 101 | 0 | 0.0% | 0 | 0.0% | 38 | 37.6% | 58 | 57.4% | 5 | 5.0% |
| 04 | 72 | 0 | 0.0% | 0 | 0.0% | 28 | 38.9% | 41 | 56.9% | 3 | 4.2% |
| 05 | 76 | 0 | 0.0% | 0 | 0.0% | 35 | 46.1% | 35 | 46.1% | 6 | 7.9% |
| Total | 552 | 0 | 0.0% | 3 | 0.5% | 175 | 31.7% | 337 | 61.1% | 37 | 6.7% |
| **Ware** | | | | | | | | | | | |
| EC | 3 | 0 | 0.0% | 0 | 0.0% | 1 | 33.3% | 0 | 0.0% | 2 | 66.7% |
| PK | 55 | 0 | 0.0% | 0 | 0.0% | 18 | 32.7% | 31 | 56.4% | 6 | 10.9% |
| K | 74 | 0 | 0.0% | 0 | 0.0% | 35 | 47.3% | 31 | 41.9% | 8 | 10.8% |
| 01 | 98 | 0 | 0.0% | 0 | 0.0% | 48 | 49.0% | 44 | 44.9% | 6 | 6.1% |
| 02 | 66 | 0 | 0.0% | 0 | 0.0% | 36 | 54.5% | 27 | 40.9% | 3 | 4.5% |
| 03 | 60 | 0 | 0.0% | 0 | 0.0% | 47 | 78.3% | 9 | 15.0% | 4 | 6.7% |
| 04 | 44 | 0 | 0.0% | 0 | 0.0% | 30 | 68.2% | 13 | 29.5% | 1 | 2.3% |
| 05 | 48 | 0 | 0.0% | 0 | 0.0% | 33 | 68.8% | 12 | 25.0% | 3 | 6.3% |
| Total | 448 | 0 | 0.0% | 0 | 0.0% | 248 | 55.4% | 167 | 37.3% | 33 | 7.4% |

# Longview Independent School District
## 2008-2009 Enrollment
### By Campus, Grade, and Ethnicity

| School | Total | American Indian # | % | Asian # | % | African American # | % | Hispanic # | % | White # | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **G.K. Foster** | | | | | | | | | | | |
| PK | 196 | 0 | 0.0% | 1 | 0.5% | 117 | 59.7% | 66 | 33.7% | 12 | 6.1% |
| K | 221 | 0 | 0.0% | 1 | 0.5% | 123 | 55.7% | 89 | 40.3% | 8 | 3.6% |
| Total | 417 | 0 | 0.0% | 2 | 0.5% | 240 | 57.6% | 155 | 37.2% | 20 | 4.8% |
| **Hudson PEP** | | | | | | | | | | | |
| 01 | 88 | 0 | 0.0% | 3 | 3.4% | 18 | 20.5% | 6 | 6.8% | 61 | 69.3% |
| 02 | 84 | 2 | 2.4% | 3 | 3.6% | 17 | 20.2% | 11 | 13.1% | 51 | 60.7% |
| 03 | 84 | 0 | 0.0% | 6 | 7.1% | 21 | 25.0% | 2 | 2.4% | 55 | 65.5% |
| 04 | 75 | 0 | 0.0% | 2 | 2.7% | 13 | 17.3% | 7 | 9.3% | 53 | 70.7% |
| 05 | 78 | 0 | 0.0% | 4 | 5.1% | 14 | 17.9% | 2 | 2.6% | 58 | 74.4% |
| Total | 409 | 2 | 0.5% | 18 | 4.4% | 83 | 20.3% | 28 | 6.8% | 278 | 68.0% |
| **SDC** | | | | | | | | | | | |
| EC | 11 | 0 | 0.0% | 0 | 0.0% | 3 | 27.3% | 4 | 36.4% | 4 | 36.4% |
| K | 1 | 1 | 100.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 04 | 1 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 100.0% |
| 05 | 1 | 0 | 0.0% | 0 | 0.0% | 1 | 100.0% | 0 | 0.0% | 0 | 0.0% |
| 06 | 3 | 0 | 0.0% | 0 | 0.0% | 2 | 66.7% | 0 | 0.0% | 1 | 33.3% |
| 07 | 1 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 100.0% |
| 08 | 2 | 0 | 0.0% | 0 | 0.0% | 1 | 50.0% | 0 | 0.0% | 1 | 50.0% |
| 09 | 1 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 100.0% |
| 10 | 2 | 0 | 0.0% | 0 | 0.0% | 1 | 50.0% | 0 | 0.0% | 1 | 50.0% |
| 11 | 2 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 2 | 100.0% |
| 12 | 3 | 0 | 0.0% | 1 | 33.3% | 1 | 33.3% | 0 | 0.0% | 1 | 33.3% |
| Total | 28 | 1 | 3.6% | 1 | 3.6% | 9 | 32.1% | 4 | 14.3% | 13 | 46.4% |
| **JDC** | | | | | | | | | | | |
| 07 | 5 | 0 | 0.0% | 0 | 0.0% | 3 | 60.0% | 2 | 40.0% | 0 | 0.0% |
| 08 | 3 | 0 | 0.0% | 0 | 0.0% | 3 | 100.0% | 0 | 0.0% | 0 | 0.0% |
| 09 | 7 | 0 | 0.0% | 0 | 0.0% | 3 | 42.9% | 1 | 14.3% | 3 | 42.9% |
| 10 | 6 | 0 | 0.0% | 0 | 0.0% | 2 | 33.3% | 0 | 0.0% | 4 | 66.7% |
| 11 | 1 | 0 | 0.0% | 0 | 0.0% | 1 | 100.0% | 0 | 0.0% | 0 | 0.0% |
| Total | 22 | 0 | 0.0% | 0 | 0.0% | 12 | 54.5% | 3 | 13.6% | 7 | 31.8% |
| **LISD Total** | 8241 | 34 | 0.4% | 71 | 0.9% | 3835 | 46.5% | 2428 | 29.5% | 1873 | 22.7% |