IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ROBERT L. ADAMS, JR., et al., § | |
| § | |
| Plaintiff, § | |
| § | |
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff-Intervenor, § | CIVIL ACTION No. 6:04-cv-291-LED |
| § | |
| v. § | |
| § | |
| CHARLES F. MATHEWS, Superintendent § | |
| of the LONGVIEW INDEPENDENT § | |
| SCHOOL DISTRICT, LONGVIEW § | |
| INDEPENDENT SCHOOL DISTRICT, et al., § | |
| § | |
| Defendants. § | |

**AGREED ORDER FOR DECLARATION OF
PARTIAL UNITARY STATUS AND PARTIAL DISMISSAL**

Before the Court is the Joint Motion For Declaration Of Partial Unitary Status And Dismissal Of Certain Desegregation Issues (ECF No. 70) filed by Plaintiff-Intervenor the United States of America and Defendant Longview Independent School District (LISD) on February 28, 2014. Having reviewed the Joint Motion and the full record, it is the opinion of this Court that the Joint Motion should be **GRANTED** because LISD has: (1) fully and satisfactorily complied with the Court's desegregation orders for a reasonable period of time; (2) eliminated the vestiges of its past *de jure* discrimination to the extent practicable; and (3) demonstrated a good faith commitment to the whole of the court's order and to those provisions of the law and the Constitution which were the predicate for judicial intervention in the first instance with respect to the following facets of its operation:

1. Facilities and resource allocation;

2. Transportation;

3. Extracurricular Activities; and

4. Staff Assignment.

It is therefore **ORDERED** that LISD is declared partially unitary with respect to the above-reference factors and that these factors are no longer at issue in this case and all claims related to these factors are hereby **DISMISSED**.

**So ORDERED and SIGNED this 28th day of February, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**