**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ROBERT L. ADAMS, JR. and YVONNE ADAMS, Minors, by and through their father, ROBERT L. ADAMS, SR., as next friend, and THOMAS LIASE, A Minor, by and through his stepfather, HARDIE O. JOHNSON, as next friend, §§§§§§ | |
| Plaintiff, §§ | |
| UNITED STATES OF AMERICA, § | |
| Plaintiff-Intervenor, §§ | CIVIL ACTION No. 6:04-cv-00291-LED |
| CHARLES F. MATHEWS, Superintendent of the LONGVIEW INDEPENDENT SCHOOL DISTRICT, LONGVIEW INDEPENDENT SCHOOL DISTRICT, NORMAN P. TAYLOR, O.L. KIMBROUH, R.J. SCHRADER, TOM W. LANDERS, C.B. MASON, LANDON A. COLQUITT, and J. MERTON YOUNG, Members of the Board of Trustees of the LONGVIEW INDEPENDENT SCHOOL DISTRICT, §§§§§§§§§§§§§ | |
| Defendants. §§ | |

## FINAL CONSENT DECREE

**A.** **STUDENT ASSIGNMENTS**

Hudson PEP Elementary School

1. Longview Independent School District ("LISD" or the "District") shall implement the application and assessment procedures for admission to LISD's magnet program at Hudson PEP Elementary School set forth in the document attached as Exhibit A during the term of this Final Consent Decree.

2. To ensure all parents with students enrolled in LISD schools are aware of the Hudson PEP magnet program's admissions process and encourage them to nominate their children for enrollment in that program, LISD shall publicize and broadly disseminate information about the program by adopting and implementing the measures listed in the

document attached as Exhibit B each year during the term of this Final Consent Decree, including the following:

    a. LISD shall host at least two "open-house" informational events at Hudson PEP about the magnet program for parents and students who will enter the first grade the forthcoming school year no later than February 5 of each year during the term of this Final Consent Decree.

    b. LISD shall host a third "open-house" informational event at Hudson PEP about the magnet program for parents and students who will enter grades 2–5 the forthcoming school year no later than May 1 of each year during the term of this Final Consent Decree.

    c. LISD shall mail the letter attached under Exhibit B along with the Hudson PEP magnet program admissions application form to all parents within the District with students in grades K–4, notifying them about the eligibility and admissions criteria for Hudson PEP's magnet program at least fifteen (15) calendar days before the first open-house informational event. The District shall post an electronic copy of this letter to the District's website along with a link to all of the materials required to apply for Hudson PEP's magnet program.

    d. Students entering the first grade must submit their application for Hudson PEP's magnet program to the District by February 20 of each year during the term of this Final Consent Decree.

    e. Students entering grades 2–5 must submit their application for Hudson PEP's magnet program to the District by May 15 of each year during the term of this Final Consent Decree.

3.    LISD shall provide annual training on the eligibility and admissions criteria for Hudson PEP's magnet program under Exhibit A to all elementary level, full-time classroom teachers and campus administrators by August 30 of each year during the term of this Final Consent Decree. LISD shall record the name of each employee who receives such training, as well as the date(s) on which the District administered such training.

Intra-District Student Transfers

4.    The following provisions concerning student assignments and intra-district student transfers shall remain in effect during the term of this Final Consent Decree:

    a. Except as otherwise provided herein, students in LISD shall attend the school located in the geographical school zone in which they reside.

    b. The District shall permit an African–American student assigned to Ned Williams Elementary School to transfer to Johnston-McQueen Elementary

School. Similarly, the District shall permit a white student assigned to Johnston-McQueen Elementary School to transfer to South Ward Elementary School, Ware Elementary School, or Ned Williams Elementary School. On or before April 15 of each year during the term of this Final Consent Decree, LISD shall mail a letter to the parents of all African-American students enrolled in grades K–4 at Ned Williams Elementary School and the parents of all white students enrolled in grades K–4 at Johnston-McQueen Elementary School (1) notifying them that LISD will permit a student to transfer pursuant to this provision; (2) notifying them that LISD offers free transportation to any student who is granted a transfer under this provision; (3) instructing them on how to apply for a transfer under this provision; and (4) specifying the deadline for submitting an application to transfer under this provision for the forthcoming school year.

c. Students whose parent or legal guardian is a full-time employee at a particular school may transfer to that school or, if that school does not serve the child's grade level, to the next closest school that serves the applicable grade level.

d. LISD may reassign students as necessary to provide appropriate academic services consistent with federal civil rights laws. These reassignments must not hinder desegregation.

5. LISD shall provide annual training on its intra-district student transfer policies and procedures to all campus and system administrators in the fall semester of each year during the term of this Final Consent Decree. LISD shall record the name of each employee who receives such training, as well as the date(s) on which the District administered such training. The District shall send an e-mail to all full-time classroom teachers each year during the term of this Final Consent Decree notifying them of the District's intra-district student-transfer policies.

6. A student's eligibility for intra-district transfer shall extend to his or her siblings to the extent that it is necessary to allow the eligible student and his or her siblings to attend the same school.

Classroom Assignments

7. LISD shall provide all students comparable access to pre-advanced placement courses at each middle-school campus during the term of this Final Consent Decree.

8. LISD shall record the race of each student who enrolls in a pre-advanced placement course, advanced-placement course, gifted-and-talented course, or special-education course for the given school year by November 15 of each year during the term of this Final Consent Decree.

9. LISD shall provide students at all elementary and middle schools with access to the District's gifted-and-talented ("GT") program. LISD may provide such instruction either at each home campus or at a centralized location in the District. LISD shall provide free

transportation to all GT students in the event that the District offers centralized GT instruction or participation in GT-related extracurricular activities. In no event, shall LISD provide GT services/activities in a racially isolated setting.

10.     LISD shall provide written notice to all full-time classroom teachers by April 15 of each year during the term of this Final Consent Decree informing them that the District offers the training required to teach GT students at no cost, and that a teacher's successful completion of the GT training will make them eligible to be considered for vacant positions at Hudson PEP Elementary School for which they are otherwise qualified.

11.     LISD shall nominate, assess, and enroll students in the District's GT program pursuant to the nomination criteria, assessment process, and enrollment requirements set forth in the document attached as Exhibit C.

12.     To ensure all parents are aware of the admission process for enrollment in LISD's gifted-and-talented program and encouraged to consider nominating their children for enrollment in the program, LISD shall adopt and implement the measures with respect to its GT program listed in the documents attached under Exhibit D during the term of this Final Consent Decree. Among the other publicity measures, LISD shall mail the letter attached under Exhibit D to all parents within the District with elementary and middle school level students notifying them about the eligibility and admissions criteria for LISD's GT program by September 1 of each year during the term of this Final Consent Decree.

13.     LISD shall provide annual training on the nomination process, admissions process, and the eligibility criteria for the District's GT program to all full-time classroom teachers and campus administrators by August 30 of each year during the term of this Final Consent Decree. This training will include training on how to: (a) identify potential GT students and; (b) properly document such students' characteristics on applicable assessment forms. LISD shall record the name of each employee who receives such training, as well as the date(s) on which the District administered such training.

14.     LISD shall establish and implement written procedures at each campus by April 15, 2015, describing the progressive disciplinary process to be used at each campus. LISD's district-wide discipline policy and each campus's progressive disciplinary process shall be published in the campus's handbooks and website and uniformly applied to all students within each campus.

15.     LISD shall provide annual training on its uniform, progressive student disciplinary process to all full-time teachers and campus administrators during the term of this Final Consent Decree. LISD shall record the name of each employee who receives such training, as well as the date(s) on which the District administered such training.

16.     LISD shall adopt and implement a process for assembling and maintaining student disciplinary data at both the school and District levels and monitor for indicators of potential racial disparities in: (1) disciplinary referrals, (2) disciplinary infractions, and (3) corresponding disciplinary responses. LISD also will require campus educators to discuss

student discipline during monthly team meetings, including efforts to uniformly administer discipline policies and procedures and consideration of whether racial disparities exist in connection with the administration of student discipline.

## B. FACULTY ASSIGNMENTS

17. LISD shall record the total number and percentage of teachers and administrators, by race/ethnicity and position, assigned to each school operated by the District, specifically indicating all full-time teachers, part-time teachers, principals, and assistant principals, and other certified personnel, such as guidance counselors and librarians by September 15 of each year during the term of this Final Consent Decree.

18. The District shall also record the number of new teachers and administrators who were hired during the preceding year, by race/ethnicity, position, and school.

## C. ANNUAL REPORTING REQUIREMENTS

19. LISD shall report the information required under the following paragraphs set forth herein to the United States by September 15 of each year during the term of this Final Consent Decree: 3, 5, 8, 10, 12, 13, 15, 16, 17, and 18.

20. LISD also shall continue to file with the Court a report containing the information listed in paragraph C.8 of the Court's Order of January 24, 2011, by no later than October 15 of each school year, and continuing annually thereafter during the term of this Final Consent Decree, except the information related to aspects of the District's operations that the Court has already declared as unitary.

21. LISD shall retain all documents used to prepare the reports described in paragraphs C.19–20 above. The United States shall have the right to inspect all records, except for those records protected from disclosure by attorney–client privilege, work-product doctrine, or other pertinent rules or laws, reasonably related to LISD's efforts to comply with this Final Consent Decree. The United States shall request records it wishes to review in writing and LISD shall have a reasonable amount of time to respond to such requests.

## D. SCOPE & IMPLEMENTATION OF FINAL CONSENT DECREE

22. The term of this Final Consent Decree shall be three (3) years commencing on the date of its entry by this Court, December 44, 2014. The obligations set forth in this Final Consent Decree shall expire at the end of the three-year term, on December "44, 2017, at which point the United States shall not oppose LISD's motion for a declaration of full unitary status provided that there are no outstanding disputes pending before the Court concerning the District's compliance with this Final Consent Decree.

23. Any party who alleges a violation of any provision of this Final Consent Decree shall provide notice of the alleged breach to all parties. Any alleged violation shall be deemed waived if such notice is not provided within sixty (60) days of the date on which a party becomes

aware of the alleged violation. Upon such notice, a thirty (30) day conciliation period shall commence. A party may not seek relief from the Court in response to the other party's alleged violation of a provision of this Final Consent Decree until after the conciliation period has expired. The sole remedy for any such violation shall be specific performance of the provision(s) of this Final Consent Decree.

24.     The District's obligations under this Final Consent Decree may be extended by order of the Court beyond the original term of this Final Consent Decree only upon the Court's finding that the District's continued compliance with one or more provisions in this Final Consent Decree is necessary to cure a violation of this Final Consent Decree.

25.     The terms and conditions set forth in this Final Consent Decree constitute the complete and exclusive statement of the obligations of the parties, superseding all previous orders entered in this case.

The Court has reviewed the provisions of this Final Consent Decree and adopts the Final Consent Decree as the Order of the Court. IT IS, THEREFORE, ORDERED that the provisions of this Final Consent Decree become the Order of this Court and this Court shall retain jurisdiction over this case until further Order of the Court.

**So ORDERED and SIGNED this 22nd day of December, 2014.**

"
"
"
"

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

**AGREED:**

| | |
|---|---|
| VANITA GUPTA | /s/ Richard A. Morris |
| ACTING ASSISTANT ATTORNEY GENERAL | RICHARD A. MORRIS |
| | State Bar No. 14497750 |
| ANURIMA BHARGAVA | Federal I.D. 15004 |
| FRANZ R. MARSHALL | rmorris@rmgllp.com |
| /s/ Mark A. Dann | NICHOLAS J. WAGONER |
| MARK A. DANN | State Bar No. 24079530 |
| mark.dann@usdoj.gov | Federal I.D. 1339971 |
| | nwagoner@rmgllp.com |
| U.S. DEPARTMENT OF JUSTICE | |
| Civil Rights Division | ROGERS, MORRIS & GROVER, L.L.P. |
| Educational Opportunities Section | Capital One Plaza |
| Patrick Henry Building | Westheimer, Suite 1200 |
| 950 Pennsylvania Ave., N.W., Suite 430 | Houston, Texas 77057 |
| Washington, D.C. 20530 | Tel: 713-960-6000 |
| Tel: 202-305-1231 5718 | Fax: 713-960-6025 |
| Fax: 202-514-8337 | |
| ATTORNEYS FOR PLAINTIFF–INTERVENOR | |
| UNITED STATES OF AMERICA | ATTORNEYS FOR DEFENDANT |
| | LONGVIEW INDEPENDENT SCHOOL |
| | DISTRICT |

EXHIBIT A

**APPLICATION AND TESTING PROCEDURES FOR ADMISSION TO LONGVIEW INDEPENDENT SCHOOL DISTRICT'S MAGNET PROGRAM AT HUDSON PEP ELEMENTARY SCHOOL**

A. NOMINATION/APPLICATION PROCEDURES

 *1.* *Application Deadlines*

  a. Parents/guardians must fill out and submit a paper copy of the Hudson PEP magnet program application form for students who will be entering the first grade by February 20 of the preceding school year.

  b. Parents/guardians must fill out and submit a paper copy of the Hudson PEP magnet program application form for students who will be entering grades 2–5 by May 15 of the preceding school year.

 *2.* *Nomination Form*

  a. The following nomination form must be completed by parents who wish to nominate their child for testing and enrollment at Hudson PEP:



# HUDSON PEP
APPLICATION INFORMATION
LONGVIEW INDPENDENT SCHOOL DISTRICT

## TO BE COMPLETED BY PARENT OR GUARDIAN

This is an application for attendance at the Hudson PEP magnet school for the year 2015–2016.  (Applicants for first grade must be at least (6) years of age by September 1, 2015).  Return to your child's home campus by the applicable deadline indicated above. **Testing for students residing within the District is FREE**.  Out-of-district applicants must pay a $65.00 testing fee.  No testing fee will be refunded for out-of-district applicants who are not accepted or if their parents decline placement.

Student's Name_____Phone_____

Student's Address_____Zip Code_____

Does your child currently reside in Longview ISD? ____Yes    ____No

Age_____ Birthday_____              Male_____ Female_____

Current School_____Current Grade 2014-2015_____

School address (if not LISD)_____

_____

Homeroom Teacher_____Principal_____

Father's Name_____Business Phone_____

Mother's Name_____Business Phone_____

*Email_____(please write clearly)

*E-mail will be used to send information*

**Parent Open-House Information Meeting:**
**[Date, Time & Location to be inserted]**

**I understand that the achievement test and mental ability test that my child takes will not be available for review due to test confidentiality.**

_____            _____
Date                                Signature of Parent/Guardian

b. Parents may pick up nomination forms at their home campus. Parents may also download and print the nomination form from LISD's website.

c. Parents must submit the completed application form to their child's home campus by the deadlines set forth above in Section A.*1*.

## B.   TESTING PROCEDURES

### 1.   *Test Format and Dates*

a. LISD shall administer all the tests described on the "admissions matrix" in Section B.*2*. below, including the Stanford Early School Achievement Test ("SESAT") and the Otis-Lennon School Ability Test ("OLSAT"). The District shall use the tests described in this Section; the admissions matrix reflected below in Section B.*2*.; and the criteria, process, and procedures described below in Sections B.*3*. and C. as the exclusive means for evaluating a student's eligibility to participate in Hudson PEP's magnet program.

b. LISD shall administer the tests on at least two (2) testing days per school year at each school location in the District. Test dates shall be set by the principal and the counselor(s) at each school location in the District. LISD students will be tested at their home campus. Students who are not enrolled in LISD shall be tested at Hudson PEP.

c. Any student nominated for testing that is absent or cannot attend the two designated testing days must be reasonably accommodated with a separate testing date and must be included in the admissions process and year that the student applied for.

d. Parents of students nominated for testing must be notified by mail and through the District's website of all designated testing dates at each of the District's schools. In addition, parents may contact LISD at any of the District's schools or its central office for information regarding test dates.

e. LISD shall actively publicize and broadly disseminate through mail, its website, and posters/brochures that include a brief summary of the test(s), the procedures and rules to follow during the test, and the minimum test scores for admission at each grade level as well as all the criteria considered by the Hudson PEP Admissions Committee in the admissions process under Section B.2. of this Exhibit.

### 2.   *Admissions Matrix ["Hudson PEP Elementary Identification Profile"]*

The following "admissions matrix" shall be used to evaluate a student's eligibility to enroll in Hudson PEP's magnet program:

**[School Year]**
**Hudson PEP Elementary School Magnet Program Student Eligibility Matrix**

Student Name: _____

Current School: _____

Grade: _____

Completion Date: _____

ID #: _____

| Criteria | STUDENT PERFORMANCE | | | | |
|---|---|---|---|---|---|
| | Score | Weighted | GIA | LA | MATH |
| STANDARD EARLY SCHOOL ACHIEVEMENT TEST | Reading (Percentile) _____ | X2 | | | |
| | Math (Percentile) _____ | X2 | | | |
| OTIS LENNON SCHOOL ABILITY TEST | Verbal ____  Quantitative ____  Nonverbal ____  Total Percentile ____ | X3 | | | |
| | Totals | | | | |
| | Student Accepted? | | Yes_____ | No _____ | |

**District Screening Committee:**
Beth Bassett, Director of Instruction (K–12), Chairperson
Dr. Jacqueline Burnett, Director of Early Childhood
Ryan Carroll, Assistant Principal, Foster M.S.
Sue Wilson, Principal, Hudson PEP Elementary School
Janet Adams, Counselor, Hudson PEP Elementary School

_____
_____
_____
_____
_____

*3.*     *Admissions Criteria and Process*

a.   LISD shall establish a Hudson PEP magnet program admissions committee whose responsibilities shall include making all admissions decisions, reviewing all materials submitted by each student nominated for admissions, and reviewing student test scores and other criteria for admissions. The Committee shall include at least one qualified African-American employee at the school.

b.   The following exclusive factors are taken into account when making an admissions decision for Hudson PEP:

i.   Test Scores: Each applicant's test submission will be evaluated by Pearson and under the SESAT-Stanford Achievement and OLSAT-Otis Lennon School Ability tests as referenced in the admissions matrix that appears in Section B.*2.* of this Exhibit. Admissions to Hudson PEP shall be determined primarily by each applicant's *cumulative score* on the admissions matrices. Except as described below, the cumulative score shall be determined by multiplying the percentile score by the designated weight for each test and adding the scores together. The *minimum* score each student must receive in order to be admitted into Hudson PEP are the following: 400 for Kindergarteners entering into the 1st grade, 425 for 1st graders entering into the 2nd grade, 450 for 2nd graders entering into the 3rd grade, 500 for 3rd graders entering into the 4th grade, and 550 for 4th graders entering into the 5th grade.

ii.   Holistic Review: Students whose test scores fall within ten (10) points below the minimum eligibility scores set forth above in Section B.*3.*b.i. may be admitted to Hudson PEP based on a holistic review of the full spectrum of the applicant's qualifications, and potential to impact the school's environment, taking into account the applicant's test scores (including STAAR or similar out-of-state tests), grades, extracurricular activities, socio-economic status, race and/or ethnicity.

## C.   ADMISSIONS AND ENROLLMENT PROCEDURES

1.   All students who meet the minimum eligibility criteria described in Section B shall be eligible to participate in Hudson PEP's magnet program for the forthcoming school year provided that space is available.  In the event that the number of eligible applicants exceeds building capacity, LISD shall first admit all eligible applicants who reside within Longview ISD (students shall be admitted based on their eligibility scores in order of their applicant ranking).  If, after admitting all eligible resident applicants, space remains available, the District will admit out-of-district eligible applicants in order of their ranking.

2.      Parents and guardians of students will be notified by mail whether or not their child has met the criteria and is eligible to attend Hudson PEP. Such correspondence must include procedures and deadlines for parents and guardians to submit their decision on whether they want their child enrolled at Hudson PEP.

3.      LISD may make classroom assignment decisions based on observations, reading level, and testing information and other factors, for the purpose of maintaining racially heterogeneous classrooms.

4.      Students do not need to be re-tested for continued attendance or matriculation through higher grades at Hudson PEP.

5.      Any student accepted into or enrolled at Hudson PEP who moves out of the District's attendance zone and moves back later desiring placement at Hudson PEP shall be readmitted to the school.

# EXHIBIT B

## PROCEDURES FOR PUBLICIZING LONGVIEW INDEPENDENT SCHOOL DISTRICT'S MAGNET PROGRAM AT HUDSON PEP ELEMENTARY SCHOOL

A.    To ensure all parents are aware of the Hudson PEP magnet program's admission process, and to encourage them to consider applying their children for enrollment in the program, LISD shall publicize and broadly disseminate information about the program.

B.    LISD shall designate a central administrator to ensure proper and effective implementation of the minority outreach and publicity measures described in this Exhibit.[2] Such measures must include outreach meetings with local African-American organizations and groups, including the local NAACP and the Longview Ministerial Alliance.

C.    LISD shall mail the following letter at least twice per year to all parents within the District with elementary level students notifying them about the eligibility and admissions criteria for Hudson PEP's magnet program at least fifteen (15) days prior to each of the three annual "open house" informational events and at least thirty (30) days prior to each of the deadlines for submitting applications for admission to the school during the term of this Final Consent Decree. The letter shall include copies of the Hudson PEP nomination form and a copy of Exhibit A to the accompanying Final Consent Decree.

---

[2] The person LISD has presently assigned to coordinate its outreach efforts is the Deputy Superintendent for District Services, who is responsible for overseeing LISD's community relations department and, *inter alia*, community outreach; media efforts and website management; communications with stakeholders, partners, and volunteers; and publications of all advertising and promotional materials. The Deputy Superintendant's annual performance assessment is evaluated, in part, on whether s/he fulfills these outreach and publicity duties.



[Date]

Re:   *Hudson PEP Elementary School's Magnet Program*

Dear Parents/Guardians:

I am writing to inform you about the eligibility criteria and admissions process for Hudson PEP Elementary School's magnet program. We encourage you to consider nominating your child for this program by following the procedures set forth in the attached document titled "Procedures for Applying to Attend Hudson PEP Elementary." All nomination forms must be submitted to the District by [Date]. If you have any questions, please contact the Department of Curriculum and Instruction.

I invite you to join us at the following informational events and find out what Hudson PEP's magnet program has to offer your child:

Open-House Informational Events: [Date]
Student Tours of Hudson PEP Elementary School: [Date]

Sincerely,

_____
Dr. James Wilcox
Superintendent
Longview Independent School District

D.   LISD will actively publicize and broadly disseminate the Hudson PEP magnet program's application, admissions, and testing procedures as described under this Exhibit through the following measures:

1.   LISD shall distribute newsletters, brochures, and posters at each of LISD's elementary school campuses. LISD also shall publicize its Hudson PEP magnet program through newspaper and online advertisements. LISD also shall distribute all such materials to minority ministers and local NAACP leadership before February 1 of each year during the term of the Final Consent Decree to which this Exhibit is attached.

2.   LISD shall mail an admissions packet, which shall include an application form, to all parents of elementary school students within the District, twice each year. Each packet must include detailed information outlining all of the procedures, criteria, and steps described under this Exhibit, and must include copies of all forms and documents parents and students must complete and submit to the District prior to nomination and admission to Hudson PEP. The admissions packet shall also include instructions on how to register for free transportation to the Hudson PEP magnet program open-house informational events. LISD shall mail the first set of admissions packet to parents of students who will enter the first grade the forthcoming school year at least fifteen (15) days prior to the first annual "open house" informational event for that school year, and at least thirty (30) days before the application deadline for students who will be entering the first grade the forthcoming school year. LISD shall mail the second set of admissions packet to parents of students who will enter grades 2–5 the forthcoming school year at least fifteen (15) days prior to the third annual "open house" informational event for that school year, and at least thirty (30) days before the application deadline for students who will be entering grades 2–5 the forthcoming school year.

3.   LISD shall host at least two "open-house" informational events at Hudson PEP Elementary School for parents and students who will enter the first grade the forthcoming school year no later than February 5 of each year during the term of this Final Consent Decree.

4.   LISD shall host a third "open-house" informational event at Hudson PEP Elementary School for parents and students who will enter grades 2–5 the forthcoming school year no later than May 1 of each year during the term of this Final Consent Decree.

5.   During the "open-house" informational events, LISD shall provide guided campus tours, and information about the school program and admissions process for parents during each open-house information event and make take all measures to schedule such events at times and dates that are reasonably calculated to obtain

the maximum participation of parents, accounting for parents' work schedules and potential transportation needs.

6.  LISD also shall provide open-house attendees with a packet of information about Hudson PEP's magnet program to take with them. The packet shall include written instructions for submitting an application to the magnet program, including relevant deadlines, as well as copies of all forms and documents parents and students must complete and submit to the district prior to nomination and admission to Hudson PEP.

7.  LISD shall arrange and host school-wide tours of Hudson PEP's campus for all of the District's elementary school students during regular school hours. LISD shall provide free transportation to teachers, students, and parents to and from their respective schools and Hudson PEP Elementary School.

# EXHIBIT C

**LONGVIEW INDEPENDENT SCHOOL DISTRICT'S
GIFTED-AND-TALENTED PROGRAM ELIGIBILITY
CRITERIA AND ADMISSIONS PROCESS**

## A. OVERVIEW OF LONGVIEW INDEPENDENT SCHOOL DISTRICT'S GIFTED-AND-TALENTED PROGRAM

Under state law, a "gifted and talented student" is a child or youth who performs at, or shows the potential for performing at, a remarkably high level of accomplishment when compared to others of the same age, experience, or environment and who exhibits high performance capability in an intellectual, creative, or artistic area; possesses an unusual capacity for leadership; or excels in a specific academic field. Students who participate in services designed for GT students will demonstrate skills in self-directed learning, thinking, research, and communication.

Students who participate in Longview Independent School District's ("LISD" or the "District") GT program will receive an array of learning opportunities commensurate with their abilities and that emphasize content in the foundation curricular areas. GT students will work together as a group, with other students, and independently, during the school day as well as throughout the entire school year as a direct result of the GT service options. Opportunities are provided to accelerate the development of students' areas of strength.

## B. NOMINATIONS

Parents may nominate their child to be assessed for admission to LISD's GT program by filling out and submitting LISD's Parent GT Nomination Form included in Exhibit D to their child's home campus by the deadlines that the District will establish each year pursuant to Section G below. Parents must submit their Parent Inventory Form included in Exhibit D to their child's home campus no later than one business day before the date of the final GT committee meeting each year pursuant to Section G below. The final GT committee meeting shall occur no less than three months after the deadline for submitting the Parent GT Nomination Form.

Teachers may nominate a student to be assessed for admission to LISD's GT program by filling out and submitting a Teacher-Perception Inventory Form to LISD's GT Committee by the deadline that the District will establish for submitting the Parent GT Nomination Form each year pursuant to Section G below. If a teacher nominates a student who was not also nominated by a parent, the GT Committee shall notify the student's parent within ten (10) business days that the student may be gifted or talented and encourage the parent to submit a Parent Inventory Form by the deadlines that the District will establish each year pursuant to Section G below. If a parent nominates a student who was not also nominated by a teacher, the GT Committee shall require the student's teacher to submit a Teacher-Perception Inventory Form within ten (10) business days.

The District shall provide annual training to full-time, classroom teachers and campus administrators on the GT eligibility criteria and admissions process as set forth in paragraph A.13. of the Final Consent Decree.

The District will encourage parents to nominate their child for LISD's GT program through the publicity measures set forth in Exhibit D.

## C. GT ELIGIBILITY CRITERIA

A student is eligible to enroll in LISD's GT program if they satisfy one of the following four admission scenarios:

### 1. Admission Scenario No. 1: Student meets four of five GT standards.

Under Admission Scenario No. 1, a student is eligible to enroll in the District's GT program if they meet at least four of the following five standards:

#### a. Student-Achievement Standard

To meet the student-achievement standard, a student must obtain test scores within the 90th percentile of test takers on both the math and reading portions of the Iowa Tests of Basic Skills. The District administers the Logramos Bilingual Spanish Achievement Test to Spanish-speaking students who are learning English as a second language in lieu of the Iowa Tests of Basic Skills.

#### b. Student Cognitive-Abilities Standard

To meet the student cognitive-ability standard, a student must obtain a composite test score within the 90th percentile of test takers on the Cognitive Abilities ("CogAT") Test issued and scored by the Riverside Publishing Company. A student's composite score on the CogAT test is based on the student's performance on verbal, nonverbal, and quantitative tests. The District administers the Naglieri Nonverbal Ability Test to Spanish-speaking students who are learning English as a second language in lieu of the nonverbal CogAT test issued by the Riverside Publishing Company.

#### c. Teacher-Evaluation Standard

To meet the teacher-evaluation standard, a student's teacher must fill out and submit a Teacher Perception Inventory form to the District on which they have given the student a minimum total score of 135 points or higher out of a possible 150 points for students in grades K–1, and a minimum score of 160 points out of a possible 180 points for students in grades 2–8. A copy of the Teacher Perception Inventory for students in

grades K-1 is attached as Attachment 1. A copy of the Teacher Perception Inventory for students in grades 2–8 is attached as Attachment 2.

### d. Creative-Writing Standard

To meet the creative-writing standard, a student in kindergarten or first grade must obtain a minimum score of twenty-six (26) out of a possible thirty-two (32) points on a creative-writing portfolio prepared under the observation of one of LISD's GT teachers. The GT teacher who observes a kindergarten GT applicant will score that student based on the rubric attached as Attachment 3. The GT teacher who observes a first-grade GT applicant will score that student based on the rubric attached as Attachment 4. GT teachers shall test, score, and submit their scores to LISD's GT committee by January 30.

To meet the creative-writing standard, a student in second through eighth grade must obtain a minimum total score of eight (8) points out of a possible ten (10) points on a timed creative-writing test administered by LISD. Two LISD GT teachers shall review and score each GT applicant's timed creative-writing essay on a scale of one (1) to five (5) based on the scoring rubric attached as Attachment 5. The District then calculates a student's total score by adding the scores of the two reviewing GT teachers. Campus counselors at each elementary and middle school in LISD shall administer at least one timed creative-writing test for GT applicants enrolled at their campus between December 1 and December 17. A copy of the directions for administering the timed creative-writing test for students in grades 2–5 is attached as Attachment 6.

### e. Parent-Inventory Standard

To meet the parent-inventory standard, a student must receive a minimum total score of eighty-eight (88) points or higher out of a possible 110 points on the Parent GT Inventory Form attached as Attachment 7. The Parent GT Inventory Form has twenty-two fields to assist the District in identifying gifted and talented students. Each of these fields requires that the parent rate their child on a scale of 1–5 where the numbers represent the relative applicability of a given field to their child:

> 1 = not applicable
> 2 = little applicability
> 3 = slightly applicable
> 4 = applicable
> 5 = highly applicable

This score is calculated by taking the sum of the ratings from each of the twenty-two fields. A student's parent/guardian must fill out and submit a paper copy of the Parent GT Inventory Form to their campus counselor by October 10.

**2.** *Admission Scenario No. 2: Student scores in the 85th total percentile on the CogAT test and meets three of the other four remaining standards listed above.*

Under Admission Scenario No. 2, a student is eligible for the GT program if they score in the 85th total percentile on the CogAT test and meets three of the other four remaining standards listed above.

**3.** *Admission Scenario No. 3: Student scores in the 90th percentile on the reading- or math-achievement test, scores in the 90th total percentile on the CogAT test, and meets either the teacher-evaluation, creative-writing, or parent-inventory standard.*

A student is eligible for the GT program if they: (1) receive a score on either the reading- or math-achievement tests in the 90th percentile or higher; (2) receive a total score on CogAT test in the 90th percentile or higher; and (3) meet one of the following three standards: (a) Teacher Evaluation, (b) Creative-Writing Sample, or (c) Parent Inventory.

**4.** *Admission Scenario No. 4: Admission to GT for seventh-grade students based on their score on a college entrance exam.*

A seventh-grade student is eligible for GT if they obtain a score of: (1) twenty-one (21) or higher on either the English, math, or reading portion of the ACT college entrance exam; (2) 530 or higher on the math portion of the SAT college entrance exam; or (3) 510 or higher on the critical-reading portion of the SAT college entrance exam.

**D.   TRAINING**

LISD shall ensure that all teachers or staff are provided training regarding the process the District uses to identify, assess, and admit students into its GT program. LISD also shall ensure that all teachers and staff who administer portions of the assessments listed above are properly trained and qualified to administer the assessments. In addition, LISD shall train all faculty on how to properly identify gifted and talented students using the Teacher-Evaluation Standard described above and the corresponding checklists (Attachments 1 and 2).

**E.   GT COMMITTEE**

The final determination of a particular student's eligibility for the District's GT program shall be made by a committee of at least three (3) local District educators who have received training on the nature and needs of GT students and who have met and

reviewed the individual student data. The committee shall include at least one qualified African-American educator.

**F.     APPEALS**

Pursuant to LISD Board of Trustees Policy EHBB(LOCAL) and state law, a parent or student may appeal any final decisions of the selection committee regarding selection for or exit from the District's GT program. Appeals shall be made first to the GT committee. Any subsequent appeals shall be made in accordance with FNG(LOCAL) beginning at Level Two.

**G.     GT TIMELINE**

| | |
|---|---|
| September 10, 2014 (Wednesday) | Nomination notices posted on the District and campus websites and in the print media; nominations begin for Grades K–8 |
| September 25, 2014 (Thursday) | Regularly scheduled meetings with counselors regarding GT testing at 2:00 P.M. |
| October 10, 2014 (Friday) | Deadline for returning Parent GT Nomination Form to campus counselors for grades 3–8 |
| October 10, 2014 (Friday) | Deadline for returning Teacher GT Evaluation Inventory Form to campus counselors for grades 3–8 |
| October 13–24, 2014 | Administer tests to nominated students in grades 3–8 |
| October 24, 2014 (Friday) | Deadline for returning Teacher GT Evaluation Inventory Form to campus counselors for grades 3–8 (for students who were nominated by their parents) |
| October 24, 2014 (Friday) | Deadline for returning Parent GT Nomination Form to campus counselors for grades K–2 |
| October 24, 2014 (Friday) | Deadline for returning Teacher GT Evaluation Inventory Form to campus counselors for grades K–2 |
| November 3–19, 2014 | Administer tests to nominated students in Grades K–2 |
| November 7, 2014 (Friday) | Deadline for returning Teacher GT Evaluation Inventory Form to campus counselors for grades K–2 (for students who were nominated by their parents) |

| | |
|---|---|
| November 21, 2014 | Counselors return testing materials to ESC for grades K–2 |
| November 21, 2014 (Thursday) | Counselors return testing materials to ESC for grades 3–8 |
| December 1–17, 2014 | Administer essay writing, grades 2–8 |
| December 12, 2014 (Friday) | Tests sent for scoring |
| December 18, 2014 | Counselors return all essays to ESC |
| January 9, 2015 | Deadline for submitting teacher checklists |
| January 30, 2015 | Elementary GT teachers return scored portfolios for K–1 |
| February 19, 2015 | Deadline for returning Parent GT Inventory Form to campus counselors for grades K–8 |
| February 20, 2015 | Committee meets to look at whether students met the criteria for GT |

The District will prepare a similar timeline for the 2015–2016, 2016–2017, and 2017–2018 school years. The District shall disseminate the information reflected in its GT timelines each year to parents and teachers of students enrolled in grades K–8.

ATTACHMENT 1

## Gifted Characteristics/Teacher Checklist K-1

Name of Student _____     Grade _____

Teacher's Name _____     Date _____

Indicate the degree to which the student exhibits these characteristics. Please mark all items.

5 - Consistently exhibits this characteristic.          2 - Never exhibits this characteristic
4 - Often exhibits this characteristic.                 1 - Not able to observe.
3 - Rarely exhibits this characteristic.

### VERBAL ABILITIES

| | | | | | |
|---|---|---|---|---|---|
| 1. Has an enriched vocabulary. | 5 | 4 | 3 | 2 | 1 |
| 2. Has the ability to elaborate by using longer sentences and complete thoughts. | 5 | 4 | 3 | 2 | 1 |
| 3. Uses unique and clever responses. | 5 | 4 | 3 | 2 | 1 |
| 4. Is uninhibited in expressions of opinion. | 5 | 4 | 3 | 2 | 1 |
| 5. Asks many questions. | 5 | 4 | 3 | 2 | 1 |
| 6. Expresses ideas that are unusual. | 5 | 4 | 3 | 2 | 1 |
| 7. Uses a large number of words easily and accurately. | 5 | 4 | 3 | 2 | 1 |

### LEARNING CHARACTERISTICS

| | | | | | |
|---|---|---|---|---|---|
| 8. Has a questioning attitude. | 5 | 4 | 3 | 2 | 1 |
| 9. Wants to know what makes people and things "tick." | 5 | 4 | 3 | 2 | 1 |
| 10. Began reading at an early age. | 5 | 4 | 3 | 2 | 1 |
| 11. Retains and uses information. | 5 | 4 | 3 | 2 | 1 |
| 12. Learns skills rapidly, easily, and efficiently and with less repetition. | 5 | 4 | 3 | 2 | 1 |
| 13. Understands the concept of time. | 5 | 4 | 3 | 2 | 1 |
| 14. Has a long attention span in specific areas. | 5 | 4 | 3 | 2 | 1 |
| 15. Has the power to conceptualize and/or synthesize. | 5 | 4 | 3 | 2 | 1 |
| 16. Has a wide range of interests. | 5 | 4 | 3 | 2 | 1 |
| 17. Early acquisition of numeric concepts. | 5 | 4 | 3 | 2 | 1 |

### MOTIVATIONAL CHARACTERISTICS

| | | | | | |
|---|---|---|---|---|---|
| 18. Solves problems in a unique and creative manner. | 5 | 4 | 3 | 2 | 1 |
| 19. Requires little direction. | 5 | 4 | 3 | 2 | 1 |
| 20. Has a high energy level. | 5 | 4 | 3 | 2 | 1 |
| 21. Is persistent. | 5 | 4 | 3 | 2 | 1 |
| 22. Likes structure, order, and consistency. | 5 | 4 | 3 | 2 | 1 |
| 23. Is creative in thoughts and ideas. | 5 | 4 | 3 | 2 | 1 |
| 24. Displays great curiosity. | 5 | 4 | 3 | 2 | 1 |
| 25. Engages in self-directed activities. | 5 | 4 | 3 | 2 | 1 |

### SOCIAL ABILITIES

| | | | | | |
|---|---|---|---|---|---|
| 26. Possesses leadership qualities. | 5 | 4 | 3 | 2 | 1 |
| 27. Is easily upset when corrected. | 5 | 4 | 3 | 2 | 1 |
| 28. Is independent. | 5 | 4 | 3 | 2 | 1 |
| 29. Has a highly developed sense of humor. | 5 | 4 | 3 | 2 | 1 |
| 30. Is sensitive to feelings of others or to situations. | 5 | 4 | 3 | 2 | 1 |

### NEED JUSTIFICATION

Specify those needs listed below which might be more appropriately met by placement in a gifted class. Check each item which applies to this student.

_____ ability above regular class curricula

_____ social maturity above classmates

_____ interest far advanced for regular class work

_____ needs stimulation of advanced program

Score_____

Name of person completing this form _____

Position _____     Date _____

ATTACHMENT 2

# Grades 2-8 Gifted and Talented Teacher Evaluation

Directions: Using the 9-point rating scale next to each item, rate your impression of the student relative to the following item description. Indicate your rating by circling the appropriate number. Do not place circles between two numbers. Base your ratings on your knowledge and experience with all the students you have known who are the targeted student's age. Answer all items. When rating each item, think about the student in the following way:

Example 1: "Compared to average students his age, Jim is below average in learning facts quickly."

Example 2: "Compared to average students his age, Nell is average in solving difficult and unique problems."

| Please circle your answer: | Below | Average | Above |
|---|---|---|---|
| 1. Learning facts quickly………… | 1 2 3 | 4 5 6 | 7 8 9 |
| 2. Comprehending abstract ideas and concepts… | 1 2 3 | 4 5 6 | 7 8 9 |
| 3. Enjoying challenging problems… | 1 2 3 | 4 5 6 | 7 8 9 |
| 4. Making quick and valid generalizations….. | 1 2 3 | 4 5 6 | 7 8 9 |
| 5. Reasoning things out…… | 1 2 3 | 4 5 6 | 7 8 9 |
| 6. Grasping relationships between stimuli…… | 1 2 3 | 4 5 6 | 7 8 9 |
| 7. Solving difficult and unique problems…………… | 1 2 3 | 4 5 6 | 7 8 9 |
| 8. Generating sophisticated ideas and solutions………… | 1 2 3 | 4 5 6 | 7 8 9 |
| 9. Forming generalizations and using them in new situations.. | 1 2 3 | 4 5 6 | 7 8 9 |
| **10.** Choosing difficult and challenging tasks or problems…….. | 1 2 3 | 4 5 6 | 7 8 9 |

**Intellectual Ability Scale Raw Score _____**

| | Below | Average | Above |
|---|---|---|---|
| 11. Learning information and skills quickly with little practice… | 1 2 3 | 4 5 6 | 7 8 9 |
| 12. Comprehending complex and difficult material…….. | 1 2 3 | 4 5 6 | 7 8 9 |
| 13. Knowing the correct answer……. | 1 2 3 | 4 5 6 | 7 8 9 |
| 14. Maintaining intense and sustained interest in a subject… | 1 2 3 | 4 5 6 | 7 8 9 |
| 15. Self-motivation to learn……………. | 1 2 3 | 4 5 6 | 7 8 9 |
| 16. Self- directedness………… | 1 2 3 | 4 5 6 | 7 8 9 |

17. Correcting his or her own errors............     1 2 3     4 5 6     7 8 9

18. Recognition by peers as having high intellectual ability...     1 2 3     4 5 6     7 8 9

19. Recognition by other teachers as bright and achieving...     1 2 3     4 5 6     7 8 9

20. Self-awareness about his or her academic aptitude.....     1 2 3     4 5 6     7 8 9

**Academic Skills Scale Raw Score_____**

**TOTAL SCORE ACADEMIC & INTELLECTUAL _____**


**Name of Student _____     Grade_____**

**Teacher's Signature _____     Date _____**

ATTACHMENT 3

# Longview ISD - Texas Student Portfolio Profile - KDG

Student's Name _____          Sex _____ ID _____

## ITEMS

## DESCRIPTORS

| ITEMS | | | | | |
|---|---|---|---|---|---|
| 1. FAMILY PORTRAIT | Unusual presentation of an idea | Work advanced beyond age or grade level | Complex or intricate presentation of idea | In-depth understanding of use of materials | Evidence of support of research for the idea | Organized to communicate effectively |
| 2. DRAW START 1 | Evidence of support of research for the idea | Complex or intricate presentation of an idea | In-depth understanding of a problem or an idea | Resourceful and/or clever use of materials effectively | Work advanced beyond age or grade level | Resourceful and/or clever presentation of an idea | Unusual presentation of an idea |
| 3. DRAW START 2 | Complex or intricate presentation of an idea | Evidence of support of research for the idea | Resourceful communicate effectively | Organized to communicate effectively | In-depth understanding of a problem or an idea | Complex or intricate presentation of an idea | Resourceful and/or clever use of materials |
| 4. TEN BLACK DOTS | Organized to communicate effectively | Evidence of high interest and perseverance | Work advanced beyond age or grade level | In-depth understanding of a problem or an idea | Unusual presentation of an idea | Work advanced beyond age or grade level | Evidence of high interest and perseverance |

Developed by D⁻ Sandra Kaplan for the Texas Education Agency (adapted)

Total _____

X = Understanding of concept

Standards met (26 or above) _____ yes

_____ no

ATTACHMENT 4

# Longview ISD – Texas Student Portfolio Profile – GR. 1

Student's Name _____     Sex _____     ID _____

| ITEMS | DESCRIPTORS | | | | | |
|---|---|---|---|---|---|---|
| 1. FAMILY PORTRAIT | Unusual presentation of an idea | Work advanced beyond age or grade level | Complex or intricate presentation of an idea | Resourceful and/or clever use of materials | Organized to communicate effectively | Evidence of high interest and perseverance |
| 2. DRAW START 1 | Evidence of support of research for the idea | Complex or intricate presentation of an idea | In-depth understanding of a problem or an idea | Evidence of high interest and perseverance | Work advanced beyond age or grade level | Unusual presentation of an idea |
| 3. DRAW START 2 | Complex or intricate presentation of an idea | Evidence of support of research for the idea | Resourceful and/or clever use of materials | Organized to communicate effectively | In-depth understanding of a problem or an idea | Work advanced beyond age or grade level |
| 4. TOMORROW'S ALPHABET | Organized to communicate effectively | Evidence of high interest and perseverance | Work advanced beyond age or grade level | In-depth understanding of a problem or an idea | Complex or intricate presentation of an idea | Evidence of support of research for the idea | Resourceful and/or clever use of materials |

X = Understanding of concept

Standards met (26 or above)  _____ yes   _____ no

Total _____

Developed by Dr. Sandra Kaplan for the Texas Education Agency (adapted)

ATTACHMENT 5

## Holistic Scoring of a Product Sample Using a Primary Trait
### (Student score is based on racing of two trained scorers.)

Aim of the piece of writing:  to support and/or describe a single situation.

This particular writing exercise invites the writer to create a situation in which his/her unique imagination can surface.

### 5 = Writer supports and/or describes a single situation.

- contains a logical sequence of details, facts, or descriptors
- shows divergent thinking for his/her age
- displays evidence of understanding levels of abstractness in a cause/effect relationship
- demonstrates the ability to empathize with the object or the created situation

### 4 = Writer supports and/or describes moderately one or more situations

- contains a logical sequence of details, facts, or descriptors
- shows some imagination, but not particularly unique
- shows at least one divergent idea
- displays evidence of a limited understanding of levels of abstractness in a cause/effect relationship
- demonstrates the ability to empathize with the object or the created situation

### 3 = Writer writes and/or describes a situation which contains a sequence

- contains a logical sequence
- describes accurately the situation at a concrete level
- may show some abstractness or divergent thinking, but it is undeveloped

### 2 = Writer makes an attempt to support and/or describe a single situation

- contains a sequence but lacks transition
- may contain random statements with little or no elaboration
- omits levels of abstraction, divergent thinking, and unique imagination
- parrots others' ideas

### 1 = Writer exhibits minimum effort to support and/or describe a single situation

- may contain only the writing stimulus statement
- may write on an unrelated topic
- may be unreadable

ATTACHMENT 6

Directions for Administering Writing Samples

Students in grades 2 will have 45 minutes to write, and 3, 4, 5, 6, 7, and 8 will have a maximum of 60 minutes to complete the writing assignment. You may group your students together to complete the writing sample if you have few students and if you feel the students will be comfortable working together. Please use your judgment in grouping to ensure that students are comfortable with their surroundings so that we get the best product possible from them.

1. Students should complete the writing sample in pencil.
2. Students may not use dictionaries or other aids.
3. Give each student two sheets of paper to use as scratch paper. Collect the used scratch paper and turn in with the writing samples.
4. Ask the student to write his/her name on the cover sheet only.
5. Please read the cover sheet to the students. Ask if there are questions.
6. The length of writing will vary from student to student; when giving directions, encourage the students to write as much as possible, using two sheets of paper.
7. Please collect the samples when all students have completed the writing or time runs out. Staple the pages with the cover sheet on top.


Tell the students:

1. You will have 45 minutes to write.
2. A group of teachers will read your writing and score it based on its creativity. Points will not be deducted for spelling or punctuation. It is important that your writing can be read and your thoughts understood.
3. I will tell you when you have 10 minutes left, 5 minutes and 1 minute. remember, you have 45 minutes to think and write.

ATTACHMENT 7

# LONGVIEW INDEPENDENT SCHOOL DISTRICT
## PARENT GIFTED-AND-TALENTED INVENTORY FORM

Please read each statement <u>carefully</u> and rate your child on each of these traits or behaviors. Compared to other children in your child's grade level, please circle a number for each item which best describes your child:

5 = Your child has this trait to a high degree.
4 = Your child has this trait more than the typical child.
3 = Your child has the trait to the same degree as other typical children.
2 = Your child has this trait less than the typical child.
1 = Your child lacks this trait.

|  |  | Circle one number for each statement. | | | | |
|---|---|---|---|---|---|---|
| 1. | Quickly recalls and masters information. | 1 | 2 | 3 | 4 | 5 |
| 2. | Likes to figure out things for himself/herself. | 1 | 2 | 3 | 4 | 5 |
| 3. | Pursues a topic or task that interests him/her. | 1 | 2 | 3 | 4 | 5 |
| 4. | Is curious and asks questions about a wide range of topics; ask questions to better understand those topics. | 1 | 2 | 3 | 4 | 5 |
| 5. | Develops different ways to solve problems. | 1 | 2 | 3 | 4 | 5 |
| 6. | Is quick to perceive and understand ideas. | 1 | 2 | 3 | 4 | 5 |
| 7. | Notices changes. | 1 | 2 | 3 | 4 | 5 |
| 8. | Solves problems; adapts to change and improvises. | 1 | 2 | 3 | 4 | 5 |
| 9. | Has an unusually advanced vocabulary for his/her age or grade level. | 1 | 2 | 3 | 4 | 5 |
| 10. | Has a good memory; recalls facts easily. | 1 | 2 | 3 | 4 | 5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11. | Tries to discover how and why things work. | 1 | 2 | 3 | 4 | 5 |
| 12. | Notices similarities and differences in people and things. | 1 | 2 | 3 | 4 | 5 |
| 13. | Notices details. | 1 | 2 | 3 | 4 | 5 |
| 14. | Becomes absorbed in projects of his/her choosing. | 1 | 2 | 3 | 4 | 5 |
| 15. | Follows through in completing tasks that initially excite him/her. | 1 | 2 | 3 | 4 | 5 |
| 16. | Offers a large number of ideas or solutions to problems. | 1 | 2 | 3 | 4 | 5 |
| 17. | Likes to find new ways of doing things. | 1 | 2 | 3 | 4 | 5 |
| 18. | Has a vivid imagination and frequently daydreams. | 1 | 2 | 3 | 4 | 5 |
| 19. | Feels strongly about things and often expresses his feelings even when others disagree. | 1 | 2 | 3 | 4 | 5 |
| 20. | Works well independently. | 1 | 2 | 3 | 4 | 5 |
| 21. | Is concerned with right and wrong and being treated fairly. | 1 | 2 | 3 | 4 | 5 |
| 22. | Is sensitive to the needs of others. | 1 | 2 | 3 | 4 | 5 |

Student's Name _____ Grade ____

School _____ Age _____ Birthdate _____

Parent's (Guardian's) Name _____

Address _____ Phone _____

# EXHIBIT D

<u>**PROCEDURES FOR PUBLICIZING AND BROADLY DISSEMINATING LISD'S**</u>
<u>**GIFTED-AND-TALENTED PROGRAM**</u>

A.  Longview Independent School District ("LISD" or the "District") shall mail the letter attached as Attachment 1 to all parents within the District with elementary or middle-school level students, along with a copy of the District's GT Eligibility Criteria and Admissions Process document attached to the Final Consent Decree as Exhibit C, by September 1 of each year during the term of the Final Consent Decree.

B.  LISD shall publish the following information on its website in a manner that is accessible to all parents, teachers, and students as well as in its annual student handbook:

   a.  The information set forth in the letter attached as Attachment 1.

   b.  A PDF file of the Student Nomination Form for parents of students in grades K–2.

   c.  A PDF file of the Student Nomination Form for parents of students in grades 3–8.

   d.  A PDF file of the Parent GT Inventory Form and accompanying cover page.

   e.  A PDF file of the District's GT Eligibility Criteria and Admissions Process document attached to the Final Consent Decree as Exhibit C.

C.  LISD shall include in the District's Student Handbook and in each of its schools' handbooks a copy the District's GT Eligibility Criteria and Admissions Process document attached to the Final Consent Decree as Exhibit C.

D.  At each elementary school's open-house/orientation program, LISD shall provide a verbal description of its GT program and make available to all parents copies of the District's Student Handbook and each appropriate schools' handbook containing a copy the District's GT Eligibility Criteria and Admissions Process document attached to the Final Consent Decree as Exhibit C.

E.  LISD shall post an announcement in the local newspapers by no later than September 15 of each year announcing that the District is accepting applications for students to be assessed for potential enrollment into the GT program, and provide additional information about how and when parents may nominate their children.

# ATTACHMENT 1



Longview Independent School District
1301 EAST YOUNG STREET
P. O. BOX 3268 / LONGVIEW, TEXAS 75606
903-381-2200

[Date]

Re:     *Longview Independent School District's Gifted-and-Talented Program*

Dear Parents/Guardians:

    I am writing to inform you about the District's gifted-and-talented ("GT") program, and to encourage you to consider nominating your child for this program. By way of background, students who participate in Longview Independent School District's ("LISD" or the "District") GT program receive an array of learning opportunities that are commensurate with their abilities, and that emphasize content in the foundation curricular areas. GT students will work with other students as well as independently during the school day over the course of the year on special projects and assignments designed to accelerate the development of the areas in which they are gifted and talented.

    Nomination and evaluation for enrollment into the GT program is FREE.  To nominate your child for the District's GT program, please fill out and submit the Parent GT Nomination form enclosed with this letter to the counselor at your child's home campus. You also will be asked to submit the Parent GT Inventory and Consent-for-Assessment form by a later date.  The deadline for submitting the Nomination form for students in grades 3–8 is October [day], [year]. GT testing for students in grades 3–8 will be conducted at the student's current school facility beginning on October [day], [year]. The deadline for submitting the Nomination form for students in grades K–2 is October 10, [year]. GT testing for students in grades K–2 will be conducted at the student's current school facility beginning on November [day], [year].

    A copy of the District's GT Eligibility Criteria and Admissions Process is enclosed.  You may also download the enclosed forms from the District's website at w3.lisd.org. If you have any questions about the District's GT program, eligibility criteria, or the admissions process, please contact your child's campus counselor or call Beth Bassett, LISD's Director of Instruction, at 903-381-2268.

    Sincerely,

_____

Dr. James Wilcox
Superintendent
Longview Independent School District



# Longview Independent School District
## Gifted and Talented Program Student Nomination Form
## 2014-15     Grades K-2

<u>Parents:  If you are nominating the student, please complete the nomination form and consent-to-test form and return to your child's counselor on or before Friday, October 24, 2014.</u>

I nominate _____to be considered for possible placement in the program services for gifted and students.  I understand that this nomination <u>does not</u> ensure placement in the program.

_____

              Signature                                      Date

_____

     School Student Currently Attends              Grade

Please indicate your relationship to the student.

_____ Parent          _____ Fellow Student
_____ Teacher        _____ Self
_____ Administrator   _____ Other (please specify) _____
_____ Community Member

**\*\*\*<u>Parents:  If your child's teacher nominated him or her, please complete the parent permission form for testing and return it to the counselor by October 24, 2014.</u>**

**\*\*\*Please also complete and return the attached Parent GT Inventory Form to the counselor by February 19, 2015.**

### Longview Independent School District
### <u>Parent Permission Form for Testing</u>

Please check:

_____ Please consider my child for possible participation in the program for gifted and talented students.  Approval is hereby given for my child to receive appraisal services offered by the school.  I understand that all information will be confidential and limited to the school personnel working with my child.

_____ At this time, I do <u>not</u> want my child considered or appraised for participation in the program for gifted and talented students.

Parent Signature: _____

_____

       Student's Last Name            First             Middle

_____

    Current Mailing Address               Home Telephone Number

\*\*Parents will be contacted by mail in late February 2014 and informed of the Screening Committee's decision.  Appraisal does not guarantee placement.

## LONGVIEW INDEPENDENT SCHOOL DISTRICT
## PARENT GIFTED-AND-TALENTED INVENTORY FORM

Please read each statement <u>carefully</u> and rate your child on each of these traits or behaviors. Compared to other children in your child's grade level, please circle a number for each item which best describes your child:

5 = Your child has this trait to a high degree.
4 = Your child has this trait more than the typical child.
3 = Your child has the trait to the same degree as other typical children.
2 = Your child has this trait less than the typical child.
1 = Your child lacks this trait.

|  |  | Circle one number for each statement. | | | | |
|---|---|---|---|---|---|---|
| 1. | Quickly recalls and masters information. | 1 | 2 | 3 | 4 | 5 |
| 2. | Likes to figure out things for himself/herself. | 1 | 2 | 3 | 4 | 5 |
| 3. | Pursues a topic or task that interests him/her. | 1 | 2 | 3 | 4 | 5 |
| 4. | Is curious and asks questions about a wide range of topics; ask questions to better understand those topics. | 1 | 2 | 3 | 4 | 5 |
| 5. | Develops different ways to solve problems. | 1 | 2 | 3 | 4 | 5 |
| 6. | Is quick to perceive and understand ideas. | 1 | 2 | 3 | 4 | 5 |
| 7. | Notices changes. | 1 | 2 | 3 | 4 | 5 |
| 8. | Solves problems; adapts to change and improvises. | 1 | 2 | 3 | 4 | 5 |
| 9. | Has an unusually advanced vocabulary for his/her age or grade level. | 1 | 2 | 3 | 4 | 5 |
| 10. | Has a good memory; recalls facts easily. | 1 | 2 | 3 | 4 | 5 |

| 11. | Tries to discover how and why things work. | 1 | 2 | 3 | 4 | 5 |
|-----|---------------------------------------------|---|---|---|---|---|
| 12. | Notices similarities and differences in people and things. | 1 | 2 | 3 | 4 | 5 |
| 13. | Notices details. | 1 | 2 | 3 | 4 | 5 |
| 14. | Becomes absorbed in projects of his/her choosing. | 1 | 2 | 3 | 4 | 5 |
| 15. | Follows through in completing tasks that initially excite him/her. | 1 | 2 | 3 | 4 | 5 |
| 16. | Offers a large number of ideas or solutions to problems. | 1 | 2 | 3 | 4 | 5 |
| 17. | Likes to find new ways of doing things. | 1 | 2 | 3 | 4 | 5 |
| 18. | Has a vivid imagination and frequently daydreams. | 1 | 2 | 3 | 4 | 5 |
| 19. | Feels strongly about things and often expresses his feelings even when others disagree. | 1 | 2 | 3 | 4 | 5 |
| 20. | Works well independently. | 1 | 2 | 3 | 4 | 5 |
| 21. | Is concerned with right and wrong and being treated fairly. | 1 | 2 | 3 | 4 | 5 |
| 22. | Is sensitive to the needs of others. | 1 | 2 | 3 | 4 | 5 |

Student's Name _____ Grade ____

School _____ Age _____ Birthdate _____

Parent's (Guardian's) Name _____

Address _____ Phone _____

A Curriculum for Excellence
**Longview Independent School District**
**Parent Inventory**

**Student's Name** _____ **Grade** ____

School _____ Age _____ Birthdate _____

Parent's (Guardian's) Name _____

Address _____ Phone _____

Your child has been nominated for ACE, the gifted and talented program at his or her school. As part of the district's student identification process, parents are given the Opportunity to comment on the behavioral characteristics they observe in their children. Along with other data, this inventory provides the school with essential information about your child that will be used to determine eligibility for the gifted and talented program. No gifted child will possess all of these characteristics, but we are interested in the characteristics that you have observed in your child. Please consider your child's characteristics and accomplishments relative to his or her age peers.

Please read each statement carefully and rate your child on each of these traits or behaviors. In relationship to the typical child in your neighborhood or school, please circle a number for each item which best describes your child: 5---your child has this trait to a high degree; 4---your child has this trait more than the typical child; 3---your child compares with the typical child; 2---you child has this trait less than the typical child; 1---your child lacks this trait.

If you have questions or need assistance, please contact your child's counselor. Please return the inventory to the school counselor before October 5, 2014 (grades 3-8) or October 25, 2014 (grades K-2).

Beth Bassett, Director of Instruction, PK-12

| School | Counselor | School | Counselor |
|--------|-----------|--------|-----------|
| Bramlette | Rosemary Daniels | South Ward | Susan Moon |
| Everhart | Kristy Cameron | Ware | Patty Willis |
| Hudson | Janet Adams | FPMS | Gwen Black |
| Johnston-McQueen | Lynn Bearden | FMS | Jane Murdoch |
| Ned E. Williams | Interim | JMS | Sheri Peery |


**Longview Independent School District**
**Gifted and Talented Program Student Nomination Form**
**2014-15     Grades 3-8**

Parents:  If you are nominating the student, please complete the nomination form and consent-to-test form and return to your child's counselor on or before Friday, October 10, 2014.

I nominate _____to be considered for possible placement in the program services for gifted and students.  I understand that this nomination <u>does not</u> ensure placement in the program.

_____

Signature                                                         Date

_____

School Student Currently Attends                    Grade

Please indicate your relationship to the student.
_____ Parent                    _____ Fellow Student
_____ Teacher                   _____ Self
_____ Administrator             _____ Other (please specify) _____
_____ Community Member

_____
***<u>Parents:  If your child's teacher nominated him or her, please complete the parent permission form for testing and return it to the counselor by October 10, 2014. Please also complete and return the attached Parent GT Inventory Form to the counselor by February 19, 2015.</u>

**Longview Independent School District**
**<u>Parent Permission Form for Testing</u>**

Please check:

_____ Please consider my child for possible participation in the program for gifted and talented students.  Approval is hereby given for my child to receive appraisal services offered by the school.  I understand that all information will be confidential and limited to the school personnel working with my child.

_____ At this time, I do <u>not</u> want my child considered or appraised for participation in the program for gifted and talented students.

Parent Signature: _____

_____

Student's Last Name                    First                    Middle

_____

Current Mailing Address                    Home Telephone Number

**Parents will be contacted by mail in late February 2015 and informed of the Screening Committee's decision. Appraisal does not guarantee placement.