**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

DATE:   December 22, 2014

| | |
|---|---|
| **LEONARD DAVIS**<br>**Judge Presiding** | Court Reporter:  Shea Sloan |
| Law Clerk:  Jonathan McMichael<br>Chief Staff Attorney:  Boone Baxter | Court Administrator:  Rosa L Ferguson |

| **Robert L Adams, et al**<br><br>**V**<br><br>**Longview ISD, et al** | **CIVIL ACTION NO: 6:04-CV-291**<br><br>**STATUS CONFERNCE HEARING** |
|---|---|
| ATTORNEYS FOR USA | ATTORNEYS FOR DEFENDANT |
| Mark Dann | Richard Morris |
| On this day, came the parties by their attorneys and the following proceedings were had: ||
| OPEN:  1:30 pm | ADJOURN:   2:00 pm |

| TIME: | MINUTES: |
|---|---|
| 1:30 pm | Case called.  PARTIES ANNOUNCED READY. |
| | Court addressed the parties on status and paperwork they have filed.<br><br>Mr. Dann addressed the Court regarding the unitary status and resolution of this case and updated the Court on those issues.  The Government still has concerns on some outstanding issues and outlined those for the Court.  Mr. Dann addressed the Court on the Consent order for the next three calendar years.<br><br>Mr. Morris responded and concurs on most, but there are still some remaining issues; however the school district is not prepared to take on the additional resources.  Instead, the school district will continue to negotiation with the issues outlined by the Government.<br><br>Court asked for a summary of the district obligations what criteria are in place to see if compliance achieved. |
| | Mr. Dann addressed the Court on the Magnet school.  Court clarified the proposal.  Court and parties discussed. |
| | Mr. Dann addressed the Court on intradistrict student transfers and outlined the procedures to effectuate compliance.  Court and parties discussed this issue. |

| TIME: | MINUTES: |
|---|---|
|  | Mr. Dann addressed the Court on classroom assignments and outlined the 3 subparts.<br>Mr. Dann addressed the Court on discipline.<br>Mr. Morris responded as to classroom assignments and has some disagreement, but negotiated to reach resolution. |
|  | Court addressed the parties and thanked them for their efforts in working and negotiating to reach a resolution. Court advised the parties that he is retiring in May and had hoped to reach a final unitary status. |
|  | Court addressed the parties on the consent decree and finds it is reasonable in light of circumstances and provides a good framework. Court will approve the Final Consent Decree and inquired of the parties if further status conferences would be helpful. Mr. Dann responded. Court will set a status conference on December 15th of each year to review the progress. Mr. Morris concurs. |
|  | The parties addressed the Court and appreciate the Court's work in this case. |
| 2:00 pm | There being nothing further, Court adjourned. |