# LONGVIEW INDEPENDENT SCHOOL DISTRICT
# WEEKLY ENROLLMENT REPORT - 9/29/2015

| | Grade | Membership | Hispanic | | African American | | White | | Other | | Grade Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **LHS** | | | | | | | | | | | |
| | 09 | | 222 | 37.88% | 234 | 39.93% | 116 | 19.80% | 13 | 2.22% | 586 |
| | 10 | | 201 | 35.39% | 235 | 41.37% | 121 | 21.30% | 9 | 1.58% | 568 |
| | 11 | | 161 | 35.00% | 186 | 40.43% | 102 | 22.17% | 10 | 2.17% | 460 |
| | 12 | | 126 | 28.90% | 189 | 43.35% | 113 | 25.92% | 8 | 1.83% | 436 |
| | TOTAL | 2,050 | 710 | 34.63% | 844 | 41.17% | 452 | 22.05% | 40 | 1.95% | |
| **LEAD** | | | | | | | | | | | |
| | 09 | | 11 | 21.15% | 39 | 75.00% | 1 | 1.92% | 0 | 0.00% | 52 |
| | 10 | | 14 | 27.45% | 26 | 50.98% | 7 | 13.73% | 1 | 1.96% | 51 |
| | 11 | | 17 | 36.96% | 21 | 45.65% | 6 | 13.04% | 2 | 4.35% | 46 |
| | 12 | | 15 | 28.85% | 28 | 53.85% | 6 | 11.54% | 0 | 0.00% | 52 |
| | TOTAL | 201 | 57 | 28.36% | 114 | 56.72% | 20 | 9.95% | 3 | 1.49% | |
| **FPMS** | | | | | | | | | | | |
| | 06 | | 98 | 59.04% | 57 | 34.34% | 10 | 6.02% | 1 | 0.60% | 166 |
| | 07 | | 111 | 59.68% | 57 | 30.65% | 14 | 7.53% | 1 | 0.54% | 186 |
| | 08 | | 108 | 59.67% | 57 | 31.49% | 11 | 6.08% | 0 | 0.00% | 181 |
| | TOTAL | 533 | 317 | 59.47% | 171 | 32.08% | 35 | 6.57% | 2 | 0.38% | |
| **FMS** | | | | | | | | | | | |
| | 06 | | 92 | 35.52% | 103 | 39.77% | 48 | 18.53% | 10 | 3.86% | 259 |
| | 07 | | 97 | 38.96% | 100 | 40.16% | 41 | 16.47% | 7 | 2.81% | 249 |
| | 08 | | 82 | 31.54% | 119 | 45.77% | 48 | 18.46% | 4 | 1.54% | 260 |
| | TOTAL | 768 | 271 | 35.29% | 322 | 41.93% | 137 | 17.84% | 21 | 2.73% | |
| **JMS** | | | | | | | | | | | |
| | 06 | | 49 | 31.21% | 53 | 33.76% | 50 | 31.85% | 5 | 3.18% | 157 |
| | 07 | | 41 | 23.16% | 68 | 38.42% | 58 | 32.77% | 9 | 5.08% | 177 |
| | 08 | | 41 | 21.13% | 86 | 44.33% | 60 | 30.93% | 7 | 3.61% | 194 |
| | TOTAL | 528 | 131 | 24.81% | 207 | 39.20% | 168 | 31.82% | 21 | 3.98% | |

# LONGVIEW INDEPENDENT SCHOOL DISTRICT
# WEEKLY ENROLLMENT REPORT - 9/29/2015

| | Grade | Membership | Hispanic | | African American | | White | | Other | | Grade Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PFK EC Center** | | | | | | | | | | | |
| | P3 | | 21 | 41.18% | 27 | 52.94% | 2 | 3.92% | 1 | 1.96% | 51 |
| | TOTAL | 51 | 21 | 41.18% | 27 | 52.94% | 2 | 3.92% | 1 | 1.96% | |
| **Hudson** | | | | | | | | | | | |
| | 01 | | 8 | 8.33% | 14 | 14.58% | 68 | 70.83% | 6 | 6.25% | 96 |
| | 02 | | 27 | 18.37% | 36 | 24.49% | 74 | 50.34% | 10 | 6.80% | 147 |
| | 03 | | 25 | 18.94% | 25 | 18.94% | 77 | 58.33% | 5 | 3.79% | 132 |
| | 04 | | 20 | 16.53% | 23 | 19.01% | 66 | 54.55% | 12 | 9.92% | 121 |
| | 05 | | 21 | 17.36% | 26 | 21.49% | 70 | 57.85% | 4 | 3.31% | 121 |
| | TOTAL | 617 | 101 | 16.37% | 124 | 20.10% | 355 | 57.54% | 37 | 6.00% | |
| **Bramlette** | | | | | | | | | | | |
| | 01 | | 28 | 26.42% | 53 | 50.00% | 15 | 14.15% | 10 | 9.43% | 106 |
| | 02 | | 18 | 21.18% | 47 | 55.29% | 17 | 20.00% | 3 | 3.53% | 85 |
| | 03 | | 38 | 38.38% | 33 | 33.33% | 25 | 25.25% | 3 | 3.03% | 99 |
| | 04 | | 26 | 32.50% | 35 | 43.75% | 19 | 23.75% | 0 | 0.00% | 80 |
| | 05 | | 28 | 33.33% | 37 | 44.05% | 15 | 17.86% | 4 | 4.76% | 84 |
| | 06 | | 0 | 0.00% | 0 | 0.00% | 1 | 100.00% | 0 | 0.00% | 1 |
| | HS | | 1 | 5.00% | 17 | 85.00% | 2 | 10.00% | 0 | 0.00% | 20 |
| | KG | | 20 | 19.61% | 41 | 40.20% | 38 | 37.25% | 3 | 2.94% | 102 |
| | PK | | 25 | 35.21% | 31 | 43.66% | 14 | 19.72% | 1 | 1.41% | 71 |
| | TOTAL | 648 | 184 | 28.40% | 294 | 45.37% | 146 | 22.53% | 24 | 3.70% | |
| **Everhart** | | | | | | | | | | | |
| | 01 | | 59 | 46.09% | 44 | 34.38% | 24 | 18.75% | 1 | 0.78% | 128 |
| | 02 | | 59 | 54.13% | 36 | 33.03% | 12 | 11.01% | 2 | 1.83% | 109 |
| | 03 | | 48 | 50.00% | 29 | 30.21% | 16 | 16.67% | 3 | 3.13% | 96 |
| | 04 | | 54 | 52.94% | 32 | 31.37% | 13 | 12.75% | 3 | 2.94% | 102 |
| | 05 | | 38 | 40.86% | 40 | 43.01% | 15 | 16.13% | 0 | 0.00% | 93 |
| | EE | | 1 | 20.00% | 3 | 60.00% | 1 | 20.00% | 0 | 0.00% | 5 |
| | HS | | 4 | 20.00% | 14 | 70.00% | 1 | 5.00% | 1 | 5.00% | 20 |
| | KG | | 57 | 46.34% | 43 | 34.96% | 21 | 17.07% | 2 | 1.63% | 123 |
| | PK | | 37 | 52.86% | 20 | 28.57% | 10 | 14.29% | 3 | 4.29% | 70 |
| | TOTAL | 746 | 357 | 47.86% | 261 | 34.99% | 113 | 15.15% | 15 | 2.01% | |

# LONGVIEW INDEPENDENT SCHOOL DISTRICT
# WEEKLY ENROLLMENT REPORT - 9/29/2015

| | Grade | Membership | Hispanic | | African American | | White | | Other | | Grade Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Johnston-McQueen** | | | | | | | | | | | |
| | 01 | | 19 | 14.62% | 31 | 23.85% | 78 | 60.00% | 2 | 1.54% | 130 |
| | 02 | | 18 | 15.93% | 44 | 38.94% | 48 | 42.48% | 3 | 2.65% | 113 |
| | 03 | | 18 | 17.82% | 39 | 38.61% | 42 | 41.58% | 2 | 1.98% | 101 |
| | 04 | | 16 | 16.33% | 35 | 35.71% | 42 | 42.86% | 5 | 5.10% | 98 |
| | 05 | | 18 | 20.69% | 32 | 36.78% | 35 | 40.23% | 2 | 2.30% | 87 |
| | EE | | 0 | 0.00% | 1 | 16.67% | 4 | 66.67% | 1 | 16.67% | 6 |
| | HS | | 3 | 18.75% | 8 | 50.00% | 5 | 31.25% | 0 | 0.00% | 16 |
| | KG | | 11 | 8.15% | 40 | 29.63% | 76 | 56.30% | 8 | 5.93% | 135 |
| | PK | | 0 | 0.00% | 21 | 47.73% | 18 | 40.91% | 5 | 11.36% | 44 |
| | TOTAL | 730 | 103 | 14.11% | 251 | 34.38% | 348 | 47.67% | 28 | 3.84% | |
| **South Ward** | | | | | | | | | | | |
| | 01 | | 61 | 64.21% | 32 | 33.68% | 2 | 2.11% | 0 | 0.00% | 95 |
| | 02 | | 54 | 60.67% | 29 | 32.58% | 6 | 6.74% | 0 | 0.00% | 89 |
| | 03 | | 66 | 66.67% | 28 | 28.28% | 4 | 4.04% | 1 | 1.01% | 99 |
| | 04 | | 63 | 64.95% | 28 | 28.87% | 6 | 6.19% | 0 | 0.00% | 97 |
| | 05 | | 51 | 62.96% | 25 | 30.86% | 5 | 6.17% | 0 | 0.00% | 81 |
| | EE | | 2 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 2 |
| | HS | | 23 | 69.70% | 10 | 30.30% | 0 | 0.00% | 0 | 0.00% | 33 |
| | KG | | 65 | 58.56% | 40 | 36.04% | 5 | 4.50% | 0 | 0.00% | 111 |
| | PK | | 34 | 68.00% | 15 | 30.00% | 1 | 2.00% | 0 | 0.00% | 50 |
| | TOTAL | 657 | 419 | 63.77% | 207 | 31.51% | 29 | 4.41% | 1 | 0.15% | |
| **Ware** | | | | | | | | | | | |
| | 01 | | 59 | 51.75% | 48 | 42.11% | 5 | 4.39% | 2 | 1.75% | 114 |
| | 02 | | 65 | 55.08% | 48 | 40.68% | 5 | 4.24% | 0 | 0.00% | 118 |
| | 03 | | 69 | 58.97% | 44 | 37.61% | 3 | 2.56% | 1 | 0.85% | 117 |
| | 04 | | 65 | 64.36% | 33 | 32.67% | 2 | 1.98% | 1 | 0.99% | 101 |
| | 05 | | 51 | 49.04% | 50 | 48.08% | 2 | 1.92% | 1 | 0.96% | 104 |
| | HS | | 29 | 49.15% | 27 | 45.76% | 3 | 5.08% | 0 | 0.00% | 59 |
| | KG | | 64 | 48.85% | 53 | 40.46% | 12 | 9.16% | 2 | 1.53% | 131 |
| | PK | | 30 | 63.83% | 15 | 31.91% | 2 | 4.26% | 0 | 0.00% | 47 |
| | TOTAL | 791 | 432 | 54.61% | 318 | 40.20% | 34 | 4.30% | 7 | 0.88% | |

# LONGVIEW INDEPENDENT SCHOOL DISTRICT
# WEEKLY ENROLLMENT REPORT - 9/29/2015

| | Grade | Membership | Hispanic | | African American | | White | | Other | | Grade Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ned Williams** | | | | | | | | | | | |
| | 01 | | 40 | 49.38% | 35 | 43.21% | 4 | 4.94% | 2 | 2.47% | 81 |
| | 02 | | 32 | 33.33% | 52 | 54.17% | 8 | 8.33% | 4 | 4.17% | 96 |
| | 03 | | 35 | 43.21% | 41 | 50.62% | 4 | 4.94% | 1 | 1.23% | 81 |
| | 04 | | 22 | 31.43% | 40 | 57.14% | 7 | 10.00% | 1 | 1.43% | 70 |
| | 05 | | 26 | 36.11% | 36 | 50.00% | 8 | 11.11% | 2 | 2.78% | 72 |
| | EE | | 0 | 0.00% | 0 | 0.00% | 1 | 100.00% | 0 | 0.00% | 1 |
| | HS | | 4 | 26.67% | 11 | 73.33% | 0 | 0.00% | 0 | 0.00% | 15 |
| | KG | | 47 | 50.00% | 41 | 43.62% | 4 | 4.26% | 1 | 1.06% | 94 |
| | PK | | 20 | 44.44% | 18 | 40.00% | 7 | 15.56% | 0 | 0.00% | 45 |
| | TOTAL | 555 | 226 | 40.72% | 274 | 49.37% | 43 | 7.75% | 11 | 1.98% | |
| **JDC** | | | | | | | | | | | |
| | 07 | | 0 | 0.00% | 1 | 100.00% | 0 | 0.00% | 0 | 0.00% | 1 |
| | 08 | | 0 | 0.00% | 1 | 50.00% | 0 | 0.00% | 0 | 0.00% | 2 |
| | 09 | | 0 | 0.00% | 1 | 25.00% | 3 | 75.00% | 0 | 0.00% | 4 |
| | 10 | | 0 | 0.00% | 5 | 83.33% | 1 | 16.67% | 0 | 0.00% | 6 |
| | 11 | | 1 | 50.00% | 1 | 50.00% | 0 | 0.00% | 0 | 0.00% | 2 |
| | 12 | | 0 | 0.00% | 1 | 100.00% | 0 | 0.00% | 0 | 0.00% | 1 |
| | TOTAL | 16 | 1 | 6.25% | 10 | 62.50% | 4 | 25.00% | 0 | 0.00% | |
| **LISD** | | 8,892 | 3,330 | 37.45% | 3,424 | 38.51% | 1,886 | 21.21% | 211 | 2.37% | |

| | | | |
|---|---|---|---|
| **EE:** 14 | **2ND:** 757 | **7TH:** 613 | **12TH:** 489 |
| **HS:** 163 | **3RD:** 725 | **8TH:** 637 | **GD:** 0 |
| **PK:** 327 | **4TH:** 669 | **9TH:** 642 | |
| **KG:** 696 | **5TH:** 642 | **10TH:** 625 | |
| **1ST:** 750 | **6TH:** 583 | **11TH:** 508 | |